IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK T. PERANO, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-00754 |
| v. | : | |
| TOWNSHIP OF TILDEN, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW this 12th day of April, 2010, upon consideration of Defendants' Motions to Dismiss (Docket Nos. 28 and 29), the responses of Plaintiff (Docket Nos. 30 and 31), Defendants' replies (Docket Nos. 34 and 35), the parties' oral arguments at the March 12, 2010 hearing, and Defendants' Supplemental Exhibits (Doc. No. 40); and after a complete and independent review of the Amended Complaint (Doc. No. 27), it is ORDERED that the Motions to Dismiss (Doc. Nos. 28 and 29) are GRANTED.

IT IS FURTHER ORDERED that the above-captioned action is DISMISSED with prejudice and without leave to file a Second Amended Complaint. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.